— **EXHIBIT A** —



**Intuit**
7535 Torrey Santa Fe Road
San Diego, CA 92129

March 15, 2024

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

```
K9960-L01-0000001 T00001 P001 ********SCH 5-DIGIT 12345
SAMPLE A SAMPLE - L01
APT ABC
123 ANY STREET
ANYTOWN, ST 12345-6789
```

Dear Sample A. Sample:

This is not a notice of any kind of systemic data breach of Intuit Inc. ("Intuit"). Instead, we are writing to notify you that, during a security review on [Extra1], we determined that someone may have logged into your TurboTax account without authorization. Promptly after discovering the issue, we conducted an investigation and took steps to secure your account.

Based on our investigation, it appears an unauthorized party may have accessed your account by using your username and password combination, which we believe was obtained from a non-Intuit source. By accessing your account, the unauthorized party may have obtained information contained in a prior year's tax return or your current tax return in progress, such as your name, Social Security number, address(es), date of birth, driver's license number and financial information (e.g., salary and deductions), and information of other individuals contained in the tax return.

We deeply regret that you may be affected by this unauthorized log in to your account. Intuit has taken various measures to help ensure that the accounts of affected customers are protected. We are notifying you so you can take steps to help protect your information.

**How we're protecting your account:**
We've made your TurboTax account temporarily unavailable to protect your information from any further unauthorized access. To help protect you, we're offering you one year of free identity protection, credit monitoring and identity restoration services through Experian IdentityWorks $^{SM}$, provided by our credit-monitoring partner Experian. The Reference Guide included with this letter provides details on how to use this service. If information about a spouse or dependents appears on your tax return, please email us at TTaxInvestigations@intuit.com to obtain credit monitoring services for these individuals.

**Your next steps:**
1. To reactivate your account or for other assistance, please call Customer Care at 1-800-944-8596 and say the word "Security" at the prompt, or email us at TTaxInvestigations@intuit.com.
2. We will walk you through the process of verifying your identity so you may access your account.
3. Once you access your account, please review your personal information in MyTurboTax to make sure that it is accurate. Pay particular attention to your email address and bank account information. To further protect your information, you can use the Google Authenticator app for

B117970

0000001

K9960-L01

    verification upon every login.  Just click the two-step verification option on the Account Settings page to enable this feature or for more information.

4. To prevent unauthorized access to your non-Intuit online accounts, we recommend that you immediately change your passwords for those accounts, particularly if you use the same username and password as the one used for your Intuit online account.

5. You are entitled under U.S. law to one free credit report annually from each of the three nationwide consumer reporting agencies.  To order your free credit report, visit www.annualcreditreport.com or call toll-free at 1-877-322-8228.  We encourage you to remain vigilant by monitoring your free credit reports and reviewing your account statements.  The attached Reference Guide provides additional details to help you protect your personal information.

We sincerely regret any inconvenience this may cause you.  If you have any additional questions or concerns, please call our security hotline at 1-800-944-8596.

B117970

K9960-L01

**Reference Guide**

We encourage you to take the following steps:

**Enroll in Identity Protection and Credit Monitoring Services; Access Identity Restoration Services if Needed.**

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that this offer is available to you for one-year from the date of this letter and does not require any action on your part at this time.

The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration. You will also find self-help tips and information about identity protection at this site.

While <u>identity restoration assistance is immediately available to you</u>, we <u>also encourage you to activate the fraud detection tools available</u> through Experian IdentityWorks $^{SM}$ as a complimentary one-year membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information please follow the steps below:

- Ensure that you **enroll by**: June 30, 2024 (Your code will not work after this date.)
- **Visit** the Experian IdentityWorks website to enroll: https://www.experianidworks.com/credit
- Provide your **activation code**: **ABCDEFGHI**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 877-890-9332 by June 30, 2024. Be prepared to provide engagement number B117970 as proof of eligibility for the Identity Restoration services by Experian.

**Additional details regarding your 12-Month Experian IdentityWorks Membership:**

A credit card is **not** required for enrollment in Experian IdentityWorks.

You can contact Experian **immediately** regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.*
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE$^{TM}$**: You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance**:**  Provides coverage for certain costs and unauthorized electronic fund transfers.

\* Offline members will be eligible to call for additional reports quarterly after enrolling.

\*\* The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.



0000001

K9960-L01

**What else you can do to protect your information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s).  Please refer to www.ExperianIDWorks.com/restoration for this information, and refer to the additional steps below.

**Order Your Free Credit Report.**  To order your free credit report, visit www.annualcreditreport.com, call toll-free at 1-877-322-8228, or complete the Annual Credit Report Request Form on the U.S. Federal Trade Commission's ("FTC") website at www.consumer.ftc.gov and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281.  The three consumer reporting agencies provide free annual credit reports only through the website, toll-free number or request form.

When you receive your credit report, review it carefully.  Look for accounts you did not open.  Look in the "inquiries" section for names of creditors from whom you haven't requested credit.  Some companies bill under names other than their store or commercial names.  The consumer reporting agency will be able to tell you when that is the case.  Look in the "personal information" section for any inaccuracies in your information (such as home address and Social Security number).  If you see anything you do not understand, call the consumer reporting agency at the telephone number on the report.  Errors in this information may be a warning sign of possible identity theft.  You should notify the consumer reporting agencies of any inaccuracies in your report, whether due to error or fraud, as soon as possible so the information can be investigated and, if found to be in error, corrected.  If there are accounts or charges you did not authorize, immediately notify the appropriate consumer reporting agency by telephone and in writing.  Consumer reporting agency staff will review your report with you.  If the information can't be explained, then you will need to call the creditors involved.  Information that can't be explained also should be reported to your local police or sheriff's office because it may signal criminal activity.

**Report Incidents.**  Remain vigilant and monitor your account statements. If you detect any unauthorized transactions in a financial account, promptly notify your payment card company or financial institution. If you detect any incident of identity theft or fraud, promptly report the incident to law enforcement, the FTC and your state Attorney General.  If you believe your identity has been stolen, the FTC recommends that you take these steps:

- Place an initial fraud alert.
- Order your credit reports.
- Create an FTC Identity Theft Affidavit by submitting a report about the theft at http://www.ftc.gov/complaint or by calling the FTC.
- File a police report about the identity theft and get a copy of the police report or the report number.  Bring your FTC Identity Theft Affidavit with you when you file the police report.
- Your Identity Theft Report is your FTC Identity Theft Affidavit plus your police report.  You may be able to use your Identity Theft Report to remove fraudulent information from your credit report, prevent companies from refurnishing fraudulent information to a consumer reporting agency, stop a company from collecting a debt that resulted from identity theft, place an extended seven-year fraud alert with consumer reporting agencies, and obtain information from companies about accounts the identity thief opened or misused.

You can contact the FTC to learn more about how to protect yourself from becoming a victim of identity theft and how to repair identity theft:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-IDTHEFT (438-4338)
www.ftc.gov/idtheft/

**Consumers Have The Right To Obtain A Security Freeze** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. See below for more details on placing a fraud alert on your credit file.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**How to Place A Security Freeze on Your Credit File.** Placing, temporarily lifting, and removing a security freeze (also known as a "credit freeze") are free of charge. To place, temporarily lift, or remove a security freeze on/from your credit file, you must make a request with each of the three nationwide consumer reporting agency individually. For more information on security freezes, you may contact the three nationwide consumer reporting agencies as described below or the FTC as described above. As the instructions for establishing a security freeze differ from state to state, please contact the three nationwide consumer reporting agencies to find out more information.

The consumer reporting agencies may require proper identification prior to honoring your request. For example, you may be asked to provide:

- Your full name with middle initial and generation (such as Jr., Sr., II, III)
- Your Social Security number
- Your date of birth
- Addresses where you have lived over the past five years
- A legible copy of a government-issued identification card (such as a state driver's license or military ID card)
- Proof of your current residential address (such as a current utility bill or account statement)

**Consider Placing a Fraud Alert on Your Credit File.** To protect yourself from possible identity theft, consider placing a fraud alert on your credit file. A fraud alert helps protect you against the possibility of an identity thief opening new credit accounts in your name. When a merchant checks the credit history of someone applying for credit, the merchant gets a notice that the applicant may be the victim of identity theft. The alert notifies the merchant to take steps to verify the identity of the applicant. You can place a fraud alert on your credit report by calling any one of the toll-free numbers provided below. You will reach an automated telephone system that allows you to flag your file with a fraud alert at all three consumer reporting agencies. For more information on fraud alerts, you also may contact the FTC as described above.

B117970

0000001

K9960-L01

| Equifax | Equifax Credit Information Services, Inc.<br>P.O. Box 740241<br>Atlanta, GA 30374 | 1-800-525-6285 (Fraud Alert)<br>1-800-349-9960 (Credit Freeze) | www.equifax.com |
|---|---|---|---|
| Experian | Experian Inc.<br>P.O. Box 9554<br>Allen, TX 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | TransUnion LLC<br>P.O. Box 2000<br>Chester, PA 19016 | 1-800-680-7289 (Fraud Alert)<br>1-888-909-8872 (Credit Freeze) | www.transunion.com |

**For Maryland Residents.** You can obtain information from the Maryland Office of the Attorney General about steps you can take to avoid identity theft. You may contact the Maryland Attorney General at:

Maryland Office of the Attorney General
Consumer Protection Division
200 St. Paul Place
Baltimore, MD 21202
(888) 743-0023 (toll-free in Maryland)
(410) 576-6300
www.oag.state.md.us

**For North Carolina Residents.** You can obtain information from the North Carolina Attorney General's Office about preventing identity theft. You can contact the North Carolina Attorney General at:

North Carolina Attorney General's Office
Consumer Protection Division
9001 Mail Service Center
Raleigh, NC 27699-9001
(877) 566-7226 (Toll-free in North Carolina)
(919) 716-6400
www.ncdoj.gov

**For Oregon Residents**. You can obtain information from the Oregon Attorney General's Office about preventing identity theft. You can contact the Oregon Attorney General at:
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
1-(877) 877-9392 (toll-free)
https://www.doj.state.or.us/

**For Rhode Island Residents**. You can obtain information from the Rhode Island Attorney General's Office about preventing identity theft. You can contact the Rhode Island Attorney General at:
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400
www.riag.ri.gov

B117970

K9960-L01